# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Linda Brodhead,<br>        Plaintiff,<br>v.<br><br>Monarch Recovery Management, Inc.,<br>        Defendant. | FILED ELECTRONICALLY |

## COMPLAINT

### I. Introduction

1. This is an action for damages brought by an individual consumer for violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* ("the Act") which prohibits debt collectors from engaging in abusive, unfair, and deceptive practices.

### II. Jurisdiction and Venue

2. Jurisdiction of this Court is proper pursuant to 15 U.S.C. § 1692k(d), which permits an action under the Act to be brought in any court of competent jurisdiction.

3. Venue in this district is proper in that Defendant transacts business here and the conduct complained of is alleged to have occurred here.

### III. Parties

4. Plaintiff, Linda Brodhead, is a natural person residing at 460 Main Street, Dallas, PA 18612.

5. Defendant, Monarch Recovery Management, Inc., ("the Collector") is a corporation engaged in the business of collecting debts in this state with a place of business located at 10965 Decatur Road, Philadelphia, PA 19154 and is a "debt collector" as defined by the Act, 15 U.S.C. § 1692a(6).

### IV. Statement of Claim

6. Within the past year the Collector was attempting to collect an alleged account ("the Account") from Plaintiff.

7. The Account is a "debt" as that term is defined by the Act, 15 U.S.C. § 1692a(5).

8. The Collector regularly uses the telephone to attempt to collect consumer debts alleged to be due another.

9. Within the last year, the Collector caused a telephone call to be placed to phone number (570) 674-5156.

10. The aforementioned phone number was assigned to the address identified in paragraph 4 at all times relevant to this matter.

11. During the call, the Collector left a message for Plaintiff.

12. 15 U.S.C. § 1692e(11) requires a debt collector to disclose that the communication is from a debt collector in each communication with a consumer.

13. In the message, the Collector failed to disclose that the call was from a debt collector.

14. 15 U.S.C. § 1692d(6) requires a debt collector to provide a meaningful disclosure of identity in each communication with a consumer.

15. In the message, the Collector failed to provide this meaningful disclosure because it did not state the name of the Collector, or the purpose of the call.

16. The calls and the messages were attempts to collect the Account.

17. Defendant violated the Act, 15 U.S.C. § 1692, subsections d(6) and e(11).

WHEREFORE, Plaintiff demands judgment against Defendant for damages, costs, attorney's fees, and such other and further relief as the Court deems just and proper.

## V. Demand for Jury Trial

Plaintiff demands a trial by jury as to all issues so triable.

                                      Respectfully Submitted,

                                      s/ Carlo Sabatini
                                      Carlo Sabatini
                                      Bar Number PA 83831
                                      Attorney for Plaintiff
                                      Sabatini Law Firm, LLC
                                      216 N. Blakely St.
                                      Dunmore, PA  18512
                                      Phone (570) 341-9000
                                      Facsimile (570) 504-2769
                                      Email ecf@bankruptcypa.com