# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Linda Brodhead,<br>           Plaintiff,<br>v.<br>Monarch Recovery Management, Inc.,<br>           Defendant. | Docket 3:13-cv-02254-MEM<br><br>(JUDGE HON. MALACHY E MANNION)<br><br><br>FILED ELECTRONICALLY |

## Notice of Settlement and Request for Dismissal with Concurrence

The parties have settled. Settlement is expected to be complete within 45 days. The parties agree that the case should be dismissed without prejudice to the right of either party to have the matter reopened within 60 days if the settlement is not consummated.

 s/ Carlo Sabatini
Attorney for Plaintiff
Carlo Sabatini, PA 83831
Sabatini Law Firm, LLC
216 N. Blakely St.
Dunmore, PA 18512
Phone (570) 341-9000
Facsimile (570) 504-2769
Email ecf@bankruptcypa.com

## ORDER

So ordered.

Dated:_____        _____
                                                                     MALACHY E MANNION
                                                                     United States District Judge