IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Linda Brodhead,<br>　　　　Plaintiff,<br>v.<br>Monarch Recovery Management, Inc.,<br>　　　　Defendant. | Docket 3:13-cv-02254-MEM<br><br>(JUDGE HON. MALACHY E MANNION)<br><br>FILED ELECTRONICALLY |

## Notice of Settlement and Request for Dismissal with Concurrence

The parties have settled. Settlement is expected to be complete within 45 days. The parties agree that the case should be dismissed without prejudice to the right of either party to have the matter reopened within 60 days if the settlement is not consummated.

　　　　　　　　　　　　　　　　s/ Carlo Sabatini
　　　　　　　　　　　　　　　　Attorney for Plaintiff
　　　　　　　　　　　　　　　　Carlo Sabatini, PA 83831
　　　　　　　　　　　　　　　　Sabatini Law Firm, LLC
　　　　　　　　　　　　　　　　216 N. Blakely St.
　　　　　　　　　　　　　　　　Dunmore, PA 18512
　　　　　　　　　　　　　　　　Phone (570) 341-9000
　　　　　　　　　　　　　　　　Facsimile (570) 504-2769
　　　　　　　　　　　　　　　　Email ecf@bankruptcypa.com

**ORDER**

So ordered.

Dated: 10-15-13

　　　　　　　　　　　　　　　　MALACHY E MANNION
　　　　　　　　　　　　　　　　United States District Judge